**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brenda Lampert-Weeman, | ) | No. CV-05-1882-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael J. Astrue, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

There being no objection and good cause appearing,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Extension of Time Within Which to File Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (docket # 38) is hereby **GRANTED.** Plaintiff's Reply, if any, shall be filed on or before **Wednesday**, **June 13, 2007**. Absent good cause shown, failure to timely file Plaintiff's Reply shall result in the Court's ruling on the subject Motion without consideration of Plaintiff's Reply.

Dated this 14th day of May, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge